23460. TRUSTEES LOAN & SAVINGS COMPANY *v.* MARINOS.

STEPHENS, J. 1. Where a petition contains allegations which show all the elements constituting a cause of action for a malicious use of legal process, except that it contains no allegation that the acts complained of were done maliciously, although there may be set out in the petition a cause of action for the abuse of legal process, an allegation in an amendment to the petition, that the acts complained of were malicious, is merely a characterization of the acts alleged in the petition and an amplification of the allegations as to acts which constitute the elements of a cause of action for a malicious use of civil process. The petition as thus amended was not subject to the objection that by the amendment a new and distinct cause of action was added. *King* v. *Yarbray,*

136 *Ga.* 212 (2) (71 S. E. 131); *Atkinson* v. *Brantley,* 15 *Ga. App.* 129 (82 S. E. 773); *Ivins* v. *L. & N. Railroad Co.,* 37 *Ga. App.* 684 (141 S. E. 423).

2. The petition as amended set out a cause of action for a malicious use of legal process, and was not subject to the objection on demurrer that the petition as amended set out a new cause of action. The court properly overruled the demurrer.

*Judgment affirmed.* *Jenkins, P. J., and Sutton, J., concur.*

DECIDED SEPTEMBER 20, 1934.

*Robert T. Efurd, Mose S. Hayes,* for plaintiff in error.
*L. S. Pennisi, H. W. McLarty,* contra.